**UNITED STATES of America,**
**Plaintiff–Appellant,**

v.

**Michael Anthony FENNELL,**
**Defendant–Appellee.**

No. 16-11424

United States Court of Appeals,
Fifth Circuit.

Filed August 16, 2017

Brian W. McKay, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellant

James Matthew Wright, Assistant Federal Public Defender, Federal Public Defender's Office, Amarillo, TX, for Defendant-Appellee

Before JOLLY and ELROD, Circuit Judges, and STARRETT, District Judge.*

PER CURIAM: **

After careful study of the briefs, the record, and the relevant case law from the Supreme Court, this circuit, and our sister circuits, we are persuaded that the district court did not commit reversible error.

AFFIRMED.

---

* District Judge of the United States District Court for the Southern District of Mississippi, sitting by designation.

** Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.